# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134373

RICO MENEFEE,
       Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
       Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134373
COA: 276906

_____/

On order of the Court, the application for leave to appeal the May 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

11022